IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:09CR3049 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CARNELLE EUGENE ANDREWS, | ) | |
| Defendant. | ) | |

With the agreement of counsel,

IT IS ORDERED that a three-hour evidentiary hearing on defendant's motion to suppress (filing 23) and motion to dismiss (filing 25) will be held on Thursday, July 9, 2009, from 9:00 a.m. to 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

June 24, 2009.                          BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge