IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3049 |
| | ) | |
| V. | ) | |
| | ) | |
| CARNELL EUGENE ANDREWS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the government's unopposed Motion to Extend Brief Date, (filing no. 28), is granted. The government's brief in response to defendant's motion to suppress shall be filed on or before July 1, 2009.

DATED this 25th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge