IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARNELL EUGENE ANDREWS,

    Defendant.

Case No. 4:09CR3049

**ORDER**

THIS MATTER comes before the Court on defendant's Motion to Modify Condition ¶ 7(i) of defendant's release order, filing 13, to permit Mr. Andrews' electronic monitoring ankle bracelet (and related equipment) to be removed. Being fully advised in the premises, this Court finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the the condition of release requiring electronic monitoring is suspended. The defendant is no longer required to wear an ankle bracelet or pay for electronic monitoring. The Pretrial Services Officer shall terminate such monitoring. However, the Pretrial Services Officer shall promptly report to the undersigned any evidence suggesting the electronic monitoring condition should be re-activated. The Court reserves the right to re-activate electronic monitoring without further notice. All other conditions of release containe in filing 13 that were previously imposed remain in force.

DATED this 25th day of September, 2009.

BY THE COURT:

The Honorable Richard G. Kopf
United States District Judge