IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2009 NOV 25  AM 11: 24

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:09CR3049 |
| CARNELL EUGENE ANDREWS, | ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on defendant's motion to continue the deadline for filing sentencing statement (i.e., defendant's position regarding PSR objections and any downward departure/variance motion and brief) until December 4, 2009. Filing ____. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that defendant's deadline for filing his sentencing statement shall be continued until December 4, 2009.

Dated this 25th day of November, 2009.

BY THE COURT:

_____
The Honorable Richard G. Kopf
United States District Judge