IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09CR3049 |
| ) | |
| CARNELL EUGENE ANDREWS, ) | |
| ) | |
| Defendant. ) | |

ORDER

THIS MATTER comes before this Court on defendant's Motion to Continue Sentencing Hearing, filing 58. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that sentencing in the above captioned matter shall be continued until the 8th day of April, 2010, at 1:00 p.m. The defendant is ordered to appear at said time.

Dated December 7, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge