IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3049 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CARNELL ANDREWS, | ) | |
| | ) | |
| Defendant. | ) | |

At defendant's request, and with the agreement of the plaintiff and the Probation Officer,

IT IS ORDERED that Defendant Andrews' sentencing is rescheduled to Tuesday, September 28, 2010, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

Dated September 15, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge