IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3049 |
| V. | ) | |
| CARNELL EUGENE ANDREWS, | ) | ORDER |
| Defendant. | ) | |

The defendant admitted today that he violated his conditions of supervised release as alleged in allegation 1 of a Petition for an Offender under Supervision. (Filing no. 88.) On motion of the government, the remaining allegations were dismissed without prejudice and disposition was continued. In the interim, the defendant has requested a "public law placement." *See* 18 U.S.C. § 3583(d)&(e). Counsel for the government and the probation officer have no objection. Accordingly,

IT IS ORDERED that:

1. The defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days in the correctional component, to commence at the direction of the Probation Officer, and the defendant shall observe the rules of that facility. The defendant may be discharged earlier than 180 days by the Probation Officer, if the defendant is determined to be in full compliance with the conditions of supervision. *The Court strongly recommends placement at Bristol Station.*

2. The probation officer assigned to this matter shall coordinate and see to the public law placement. She shall also certify to the United States Marshals Service when the defendant should be released so that he may travel to the site of the public law placement. When the defendant is released by the United States Marshals, he shall immediately travel to and place himself in the custody of the designated facility.

3. This order does *not* moot the disposition hearing set in July.

DATED this 2nd day of May, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge