IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3049 |
| V. | ) | |
| CARNELL EUGENE ANDREWS, | ) | ORDER |
| Defendant. | ) | |

A second petition (filing 106) has been filed. On the unopposed oral motion of the defendant,

IT IS ORDERED that:

(1) The defendant's initial appearance and revocation hearing is rescheduled to Wednesday, June 26, 2013, at 1:00 p.m., before the undersigned Senior United States District Judge, in a 5th Floor Courtroom, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

(2) The defendant's June 25, 2013 initial appearance before Magistrate Judge Zwart is cancelled.

(3) The Clerk of Court shall term the July 31, 2013 revocation hearing date.

DATED this 21st day of June, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge